IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| COSTAR REALTY INFORMATION, INC., | § § § | |
| Plaintiff, | § § | |
| V. | § | 1-15-CV-440 RP |
| REALMASSIVE, INC., JOSHUA MCCLURE, CRAIG HANCOCK, JASON VERTREES, and CRAIG NEGOESCU, | § § § § § | |
| Defendants | § § | |

## FINAL JUDGMENT

Before the Court is the above entitled cause of action. On this day, the Court entered an order granting the parties' Joint Motion for Entry of Consent Decree and entered the Consent Decree, resolving all matters in this action. Having granted the motion, the Court enters the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** all claims and causes of action asserted by the parties in this action are hereby **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs and fees.

**IT IS FURTHER ORDERED** that all pending motions are hereby **TERMINATED**.

**IT IS FURTHER ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FINALLY ORDERED** that the case is hereby **CLOSED**.

**SIGNED** on March 3, 2016.

ROBERT L. PITMAN
UNITED STATES DISTRICT JUDGE